**Order entered July 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00054-CV

### KWIK INDUSTIRES, INC., Appellant

### V.

### TSFG, INC., ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-10901**

## ORDER

Before the Court is the motion of Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court of Dallas County, Texas, requesting a sixty-day extension of time to file the reporter's record. We **GRANT** the motion **to the extent** that the reporter's record shall be filed within thirty days of the date of this order. *See* TEX. R. APP. P. 35.3(c).

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE